STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
BRYAN D. TRADER (State Bar No. 318133)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
erroneously sued as JP MORGAN CHASE
BANK NA'LL. ASSOC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SAMUEL,<br><br>       Plaintiff,<br><br>       vs.<br><br>JP MORGAN CHASE BANK NA'LL. ASSOC.,<br><br>       Defendant. | Case No. 2:20-cv-11777<br><br>**NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** |

# NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously sued as JP Morgan Chase Bank Na'll. Assoc., hereby removes the action entitled <u>Shawn Samuel v. JP Morgan Chase Na'll. Assoc.</u>, Superior Court of the State of California, County of Los Angeles, Case No. 20LBSC00778 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1. <u>Removal is Timely</u>. The first date upon which Chase received a copy of the Plaintiff's Claim and Order to go to Small Claims Court (the "Complaint") was December 3, 2020. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by Chase of the Complaint. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as Exhibit A.

2. <u>This Court Has Federal Question Jurisdiction Over the Action</u>. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Chase pursuant to the provisions of 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." <u>Bright v. Bechtel Petroleum, Inc.</u>, 780 F.2d 766, 769 (1986) (citing <u>Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust</u>, 463 U.S. 1, 9 (1983)). Plaintiff alleges that Chase violated the Dodd-Frank Wall Street Reform and Consumer Protection Act, 12 U.S.C. § 5301, <u>et seq.</u> (the "Dodd-Frank Act"); the Consumer Leasing Act, 15 U.S.C. §§ 1667-1667f (the "CLA"); the Electronic Fund Transfer Act, 15 U.S.C. § 1601, <u>et seq.</u> (the "EFTA"); the Equal

Credit Opportunity Act, 15 U.S.C. § 1691, et seq. (the "ECOA"); the Expediated Funds Availability Act, 12 U.S.C. § 4002, et seq. (the "EFAA"); the Fair Credit and Charge Card Disclosure Act, 15 U.S.C. §§ 1610-1646, et seq. (the "FCCCDA"); the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"); the Right to Financial Privacy Act, 12 U.S.C. § 3401, et seq. (the "RFPA"); the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq. (the "Civil Rights Act"); and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (the "ADEA"), claims arising under the laws of the United States, and subject to this Court's removal jurisdiction under 28 U.S.C. § 1331.

3. **The Court Has Supplemental Jurisdiction Over The State Law Claims**. To the extent any other claims in the Action arise under state law, including Plaintiff's claims for breach of contract, breach of covenant of good faith and fair dealing, tortious interference, "unfair dealings," harassment, mental and "emotional distress," "termination," interference with contract, unfair business practices and retaliation, supplemental jurisdiction over such claims would exist pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. **Consent Is Not Necessary Because No Other Defendants Are Named**. Chase is the only named defendant in the Action, and is not aware of any other defendants that have been named in, or served with, the Complaint. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(b).

5. **Venue Is Proper In This Court**. This Court is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the United States District Court for the Central District of California. See, 28 U.S.C. § 1441(a).

6. **Notice Will Be Effected**. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiffs, the only adverse parties, simultaneously

1  with this filing.  Additionally, a duplicate copy of this Notice of Removal, without
2  exhibits, will be filed with the clerk of the Superior Court in the Action.
3
4  Dated: December 30, 2020        STROOCK & STROOCK & LAVAN LLP
                                   ARJUN P. RAO
5                                  BRYAN D. TRADER
6
                                   By:  */s/ Arjun P. Rao*
7                                        Arjun P. Rao
8                                  Attorneys for Defendant
9                                      JPMORGAN CHASE BANK, N.A.
                                       erroneously sued as JP Morgan Chase
10                                     Bank NA'LL. ASSOC.

- 3 -
NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.
LA 52526549

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

        */s/ Arjun P. Rao*
        Arjun P. Rao

**VIA U.S. MAIL:**
Shawn J. Samuel
2100 Redondo Beach Blvd., Suite C52
Torrance, CA 90504